■ In the Matter of ENRIQUE V. and Another, Children Alleged to be Neglected. JOSE U.V., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent, et al., Respondent. [888 NYS2d 747]

The finding of neglect against respondent was supported by a preponderance of the evidence, including testimony that he committed acts of domestic violence against the children's mother in the children's presence (*see* Family Ct Act § 1012 [f] [i] [B]). No expert or medical testimony is required to show that the violent acts exposed the children to an imminent risk of harm (*Matter of Athena M.*, 253 AD2d 669 [1998]). There is no basis to disturb the court's credibility determinations (*see Matter of Everett C. v Oneida P.*, 61 AD3d 489 [2009]). Concur—Gonzalez, P.J., Tom, Andrias, Nardelli and Richter, JJ.